The PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Plaintiff-Defendants-Appellees, v. William HOGAN et al., Defendants-Appellants.

No. 6715.

Circuit Court of Appeals, Seventh Circuit.
Oct. 20, 1938.

Before SPARKS, MAJOR and TREANOR, Circuit Judges.

PER CURIAM.

On application of counsel for appellants, counsel for appellees the Hight State Bank and the Prudential Insurance Company of America consenting thereto, it is ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

It is further ordered that the mandate of this court in this cause be issued forthwith.

PYRAMID COAL CORPORATION v. NATIONAL BITUMINOUS COAL COMMISSION.

No. 6560.

Circuit Court of Appeals, Seventh Circuit.
Feb. 16, 1939.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this Court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.

RED STAR YEAST & PRODUCTS COMPANY, Plaintiff-Appellant, v. NATIONAL DISTILLERS PRODUCTS CORPORATION, Defendant-Appellee.

Circuit Court of Appeals, Seventh Circuit.
No. 6782.
Oct. 22, 1938.

Benj. Poss and J. P. Brazy, both of Milwaukee, Wis., for appellant.

T. H. Spence, of Milwaukee, Wis., and Breed, Abbott & Morgan, of New York City, for appellee.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the parties to this cause by their respective attorneys, a citation on appeal to this court having been issued out of the court below, United States District Court for the Eastern District of Wisconsin, February 3, 1938, as appears from the certified copy of such citation hereto attached, that said appeal be dismissed without costs to either party; and that the bond on appeal executed by appellant and surety to operate as a supersedeas as well as a bond for costs and damages be cancelled and the liability of the obligors discharged.

"An order shall be entered with the Clerk accordingly.

"Dated Oct. 14th, 1938."

Upon the above and foregoing stipulation having attached thereto a certified copy of the citation on appeal, it is thereupon on motion of Benjamin Poss and Joseph P. Brazy, counsel for the appellant, now here ordered and decreed by this court that this cause be docketed in this court and that this appeal be and the same hereby is dismissed without costs to either party, and that the bond on appeal executed by appellant and surety, to operate as a supersedeas as well as a bond for costs and damages be and the same hereby is cancelled and the liability of the obligors discharged.